SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
cm@SoCalEAG.com

Attorneys for Plaintiff,
YURI DOERING

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YURI DOERING,<br><br>    Plaintiff,<br><br>    vs.<br><br>LUCIA MARTINEZ SANCHEZ D/B/A MORELOS MEAT MARKET; GARY WALTER BISCHOFF, AS TRUSTEE OF THE BISCHOFF FAMILY REVOCABLE TRUST; GREAT HIGHWAY, LLC; and DOES 1 to 10,<br><br>    Defendants. | **Case No.: 2:23-cv-09909-JFW (JPRx)**<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff YURI DOERING ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case.  Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED:  March 21, 2024            **SO. CAL EQUAL ACCESS GROUP**

　　　　　　　　　　　　　　　　　　 */s/ Jason J. Kim*
　　　　　　　　　　　　　　　　　　JASON J. KIM
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff